FILED'09 FEB 12 13:59USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KRAUSS CRAFT, INC., and NORTHERN
CALIFORNIA PLAYWORKS, INC.,

        Civ. No. 08-3062-CL

     Plaintiffs,

  v.

ROSS RECREATIONAL EQUIP. CO.,     **ORDER**

     Defendant.

---

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke has filed a Report and
Recommendation, and the matter is now before this court.  See 28
U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).  Although neither
party objected to the Report and Recommendation, this court
reviews the legal rulings of the Magistrate Judge de novo.  28
U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus.
Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    After de novo review, I find no error.  I ADOPT the Report
and Recommendation of Magistrate Judge Clarke.

  1 -  ORDER

**CONCLUSION**

Magistrate Judge Clarke's Report and Recommendation (#28) is adopted.  Defendant's amended motion to dismiss or transfer (#10) is denied.

IT IS SO ORDERED.

DATED this ___14___ day of February, 2009.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER